# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:12-CV-192-GCM

| | | |
|---|---|---|
| | ) | |
| **AL PISANO, et al** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **ORDER GRANTING** |
| | ) | **ADMISSION PRO HAC VICE** |
| **GARY O. BARTLETT, et al,** | ) | |
| **Defendants** | ) | |

 

**THIS MATTER IS BEFORE THE COURT** on the Application for Admission to Practice *Pro Hac Vice* concerning **Robert M. Bastress, Jr.**, filed March 27, 2012 [doc.#3].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee,  the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Bastress is admitted to appear before this court *pro hac vice* on behalf of plaintiffs Al Pisano and the North Carolina Constitution Party.

**IT IS SO ORDERED.**

Signed: April 3, 2012

Graham C. Mullen
United States District Judge