**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:12-CV-192-GCM**

|                          |   |                          |
|--------------------------|---|--------------------------|
| **AL PISANO, et al**     | ) |                          |
| **Plaintiffs,**          | ) |                          |
| **v.**                   | ) | **ORDER GRANTING**       |
|                          | ) | **ADMISSION PRO HAC VICE** |
| **GARY O. BARTLETT, et al,** | ) |                      |
| **Defendants**           | ) |                          |

       **THIS MATTER IS BEFORE THE COURT** on the Application for Admission to Practice *Pro Hac Vice* concerning **Robert M. Bastress, Jr.**, filed March 27, 2012 [doc.#3].

       Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee,  the Court hereby <u>grants</u> the motion.

       In accordance with Local Rule 83.1 (B), Mr. Bastress is admitted to appear before this court *pro hac vice* on behalf of plaintiffs Al Pisano and the North Carolina Constitution Party.

       **IT IS SO ORDERED.**

Signed: April 3, 2012

Graham C. Mullen
United States District Judge