UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case Number: 3:12cv192

Pisano, et al )
              )
    Plaintiff, )
Vs.           )           **ORDER**
              )
Bartlett, et al )
              )
    Defendant. )

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 8th day of May, 2012.

Signed: May 8, 2012

Graham C. Mullen
United States District Judge